UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALPHONZO FOSTER,

    Plaintiff,

v.

CITY OF DETROIT, CITY OF
DETROIT POLICE DEPARTMENT,
and DPD OFFICER R. DALE,

    Defendants.
_____/

Case No. 18-11215

HON. GEORGE CARAM STEEH

ORDER DENYING PLAINTIFF'S
MOTION FOR RECONSIDERATION (DOC. 24)

The court dismissed Plaintiff's complaint on February 5, 2019. Doc. 18. On April 23, 2019, Plaintiff filed a motion for reconsideration. "A motion for rehearing or reconsideration must be filed within 14 days after entry of the judgment or order." LR 7.1(h)(1). The standard for granting a motion for reconsideration is as follows:

> Generally, and without restricting the court's
> discretion, the court will not grant motions for
> rehearing or reconsideration which merely present
> the same issues ruled upon by the court, either
> expressly or by reasonable implication. The movant
> shall not only demonstrate a palpable defect by
> which the court and the parties have been misled

> but also show that correcting the defect will result in a different disposition of the case.

LR 7.1(h)(3).

The court will deny Plaintiff's motion for two reasons. First, Plaintiff's motion is untimely. Second, Plaintiff's motion does not allege a legal or factual basis for the court to reconsider its previous ruling.

Therefore, IT IS HEREBY ORDERED that Plaintiff's motion for reconsideration is DENIED.

Dated: June 4, 2019

s/George Caram Steeh
GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on June 4, 2019, by electronic and/or ordinary mail and also on Alphonzo Foster, 22004 Harper Lake Ave., St. Clair Shores, MI 48080.

s/Barbara Radke
Deputy Clerk

---